UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK BROWN,<br><br>    Plaintiff,<br> v.<br><br>DOES 1-20,<br><br>    Defendants. | CASE NO. 3:25-cv-05256-LK<br><br>ORDER DISMISSING CASE |

  This matter comes before the Court sua sponte. On August 18, 2025, the Court dismissed pro se Plaintiff Patrick Brown's complaint for lack of standing but granted him "one final opportunity" to file an amended complaint "concretely demonstrat[ing] that he holds the copyright for each of the relevant works" by September 8, 2025. Dkt. No. 15 at 4. Because Mr. Brown has failed to file a timely amended complaint, the Court DISMISSES his case without prejudice.

  Dated this 9th day of September, 2025.

                     Lauren King
                     United States District Judge

ORDER DISMISSING CASE - 1